# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION
| | |
|---|---|
| JOHN T. PATRICK, § § Plaintiff, § VS. § LANNETTE LINTHICUM, *et al*, § Defendants. § | CIVIL NO. 2:18-CV-459 |

## ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 11. After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 11. The Court therefore **RETAINS** Plaintiff's claim of deliberate indifference against Tanya Lawson in her individual capacity for monetary relief and in her official capacity for injunctive relief. All other claims are **DISMISSED**.

The Court is also in receipt of the Office of the Attorney General's Advisory to the Court, Dkt. No. 18. It states that Plaintiff "was seen by an optometrist for an eye exam and prescribed glasses on April 30, 2019. . . . These glasses were also ordered for him on April 30, 2019." *Id*. The Office of the Attorney General also represents that "the process to receive the glasses typically takes several weeks after the eye exam," and that it will notify the Court when Plaintiff has received his glasses attached with proof of receipt. *Id*. Accordingly, the Court **ORDERS** Defendant to advise the Court that Plaintiff has received his glasses within five days of receipt, attached with proof of receipt.

SIGNED this 5th day of June, 2019.

_____
Hilda Tagle
Senior United States District Judge